# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2004

Report Required by the Ethics
in Government Act of 1978,
(5 U.S.C. App. §§101-111)

| 1. Person Reporting (Last name, first, middle initial) Whelan, Thomas J. | 2. Court or Organization U.S. District Court – Southern District of California | 3. Date of Report 3-25-05 |
|---|---|---|

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge – Active | 5. Report Type (check appropriate type) ___Nomination, Date_____ ___Initial _X_ Annual ___Final | 6. Reporting Period 1/1/04 – 12/31/04 |
|---|---|---|

| 7. Chambers or Office Address U.S. District Court 940 Front Street San Diego, CA 92101 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer _____ Date_____ |
|---|---|

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| [ ] NONE (No reportable positions.) | |
| 1 Member, Board of Directors | Univ. of San Diego, School of Law, Alumni Assn. |
| 2 Member, Board of Governors | Assn. of Business Trial Lawyers |
| 3 | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| [ ] NONE (No reportable agreements.) | |
| 1 1997 | County of San Diego Retirement Plan – No Control |
| 2 1998 | State of California Judicial Retirement Plan – No Control |

*(stamp: 2005 APR -5 P 2:40 FINANCIAL DISCLOSURE OFFICE RECEIVED)*

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of Instructions.)

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|

**A. Filer's Non-Investment Income**

| | | |
|---|---|---|
| [ ] NONE (No reportable non-investment income.) | | |
| 1 2004 | County of San Diego – Retirement | $ 35,033 |
| 2 | | $ |
| 3 | | $ |

**B. Spouse's Non-Investment Income** - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| | | |
|---|---|---|
| [ ] NONE (No reportable non-investment income.) | | |
| 1 2004 | Diocese of San Diego | |
| 2 | | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Whelan, Thomas J. | 3/25/05 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| | NONE (No such reportable reimbursements.) | |
| 1 | Assn. of Business Trial Lawyers (ABTL) | (October 20 – 23, 2004) Kona, Hawaii |
| 2 | | Speaker at Annual Seminar (transportation, food |
| 3 | | and hotel) |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| X | NONE (No such reportable gifts.) | | |
| 1 | | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| X | NONE (No reportable liabilities.) | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

*Value Codes: J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000
N=$250,001-$500,000    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000    P3=25,000,001-50,000,000    P4=50,000,001 or more

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | ... | Date of Report |
|---|---|---|
| Whelan, Thomas J. | | 3/25/05 |

## VII. Page 1 INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code 1 (A-H) | (2) Type (e.g. div., rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, | | | | | | | | | |
| 1 San Diego County Credit Union | C | INT | M | T | | | | | |
| 2 Real Estate, San Diego California | NONE | | M | W | | | | | |
| 3 County of San Diego Deferred Comp. Plan | C | INT | L | T | | | | | |
| 4 State of California Deferred Comp. Plan | B | INT | K | T | Partial W/Drawal | 2/3 | K | | |
| 5 Diocese of San Diego Deferred Comp. Plan | A | INT | K | T | | | | | |
| 6 | | | | | | | | | |
| 7 | | | | | | | | | |
| 8 | | | | | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | — | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

1.  Income/Gain Codes:    A=$1,000 or less      B=$1,001-$2,500       C=$2,501-$5,000       D=$5,001-$15,000       E=$15,001-$50,000
    (See Col. B1, D4)     F=$50,001-$100,000    G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000  H2=More than $5,000,000

2.  Value Codes:          J=$15,000 or less     K=$15,001-$50,000      L=$50,001-$100,000     M=$100,001-$250,000
    (See Col. C1, D3)     N=$250,001-$500,000   O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000
                          P3=$25,000,001-$50,000,000                    P4=More than $50,000,000

3.  Value Method Codes:   Q=Appraisal           R=Cost (real estate only)  S=Assessment         T=Cash/Market
    (See Col. C2)         U=Book value          V=Other                    W=Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____     Date _____3/25/05_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544